# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Pharmaceutical Care Management Association, ) ) ) Plaintiff, ) ) vs. ) ) Mylynn Tufte, in her official capacity as ) the State Health Officer of North Dakota; ) et. al., ) ) Defendants. ) ) | **ORDER RE ADMISSION PRO HAC VICE** Case No. 1:17-cv-141 |

Before the court are motions for attorneys Charles Robert Quigg and M. Miller Baker to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Quigg and Baker have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 3 and 4) are **GRANTED**. Attorneys Charles Robert Quigg and M. Miller Baker are admitted to practice before this court in the above-entitled action on behalf of plaintiff.

**IT IS SO ORDERED.**

Dated this 17th day of July, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge