**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Pharmaceutical Care Management Association, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) ) | |
| Mylynn Tufte, in her official capacity as the State Health Officer of North Dakota, et. al., | ) ) ) ) | Case No. 1:17-cv-141 |
| Defendants. | ) ) | |

On December 18, 2017, the parties filed a "Joint Status Report and Proposed Schedule for Briefing of Cross-Motions for Summary Judgment. They advised, amongst other things, that they do not presently anticipate a need for discovery and intend on proceeding directly with briefing on cross-motions of summary judgment. They further propose the following briefing schedule and page limitations:

| Brief | Due Date | Page Length |
|---|---|---|
| Plaintiff's Motion for Summary Judgment | January 19, 2018 | 40 |
| Defendants' Combined Opposition and Cross-Motion for Summary Judgment | March 9, 2018 | 50 |
| Plaintiff's Combined Reply and Opposition to Defendants' Cross-Motion | April 9, 2018 | 50 |
| Defendants' Reply | April 23, 2018 | 20 |

The court **ADOPTS** the parties' proposed briefing schedule and **ORDERS** that the parties file their respective motions and briefs subject to the due dates and page lengths specified above. Should a party later change its position with respect to discovery, it should file the appropriate motion with

the court.

**IT IS SO ORDERED.**

Dated this 20th day of December, 2017.

/s/ Charles S.  Miller, Jr.
Charles S.  Miller, Jr., Magistrate Judge
United States District Court