# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Pharmaceutical Care Management Association, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Mylynn Tufte, in her official capacity as the State Health Officer, et. al., | ) ) | |
| | ) | Case No. 1:17-cv-141 |
| Defendants. | ) | |

Before the court is a motion for attorney Alexander J. Kritikos to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Alexander J. Kritikos has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 36) is **GRANTED**. Attorney Alexander J. Kritikos is admitted to practice before this court in the above-entitled action on behalf of plaintiff.

**IT IS SO ORDERED.**

Dated this 2nd day of February, 2018.

                                                */s/ Charles S. Miller, Jr.*
                                                Charles S. Miller, Jr., Magistrate Judge
                                                United States District Court