# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# WESTERN DIVISION

| | |
|---|---|
| PHARMACEUTICAL CARE MANAGEMENT ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>MYLYNN TUFTE, in her official capacity as the State Health Officer of North Dakota; MARK J. HARDY, in his official capacity as the Executive Director of the North Dakota Board of Pharmacy; STEVEN P. IRSFELD, in his official capacity as the President of the North Dakota Board of Pharmacy; and WAYNE STENEHJEM, in his official capacity as the Attorney General of North Dakota,<br><br>Defendants. | No. 1:17-CV-00141<br><br>NOTICE OF APPEAL |

Notice is hereby given that Plaintiff Pharmaceutical Care Management Association ("PCMA") hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Judgment entered September 5, 2018 (Dkt. No. 52), the Order entered September 5, 2018, granting Defendants' Motion for Summary Judgment in part and denying Plaintiff's Motion for Summary Judgment in part (Dkt. No. 51), and all other interlocutory orders, rulings, and decisions merged into the Judgment.

- 2 -

Dated: September 5, 2018

Respectfully submitted,

By:    /s/ *M. Miller Baker*
       M. Miller Baker

M. Daniel Vogel (N.D. Bar #03198)
Robert B. Stock (N.D. Bar #05919)
VOGEL LAW FIRM
218 Northern Pacific Avenue
Fargo, ND 58107
(701) 237-6983
dvogel@vogellaw.com
rstock@vogellaw.com

M. Miller Baker (*pro hac vice*)
Sarah P. Hogarth (*pro hac vice*)
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
mbaker@mwe.com
shogarth@mwe.com

Alexander J. Kritikos (*pro hac vice*)
MCDERMOTT WILL & EMERY LLP
444 West Lake Street
Chicago, IL 60606
akritikos@mwe.com

*Counsel for Pharmaceutical Care Management Association*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2018, the foregoing document was filed electronically with the Clerk of Court through ECF and that ECF will send a Notice of Electronic Filing (NEF) to all participants in this case.

Dated: September 5, 2018          By:   /s/ *M. Miller Baker*
                                                             M. Miller Baker